123 A.3d 1051

IN THE MATTER OF LARRY BRONSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 263911970).

October 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **LARRY BRONSON** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1970, and who has been suspended from the practice of law since January 23, 2008, by Orders of this Court filed January 23, 2008, and November 18, 2010, be restored to the practice of law, effective immediately.